IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| RISK MANAGEMENT, INC., individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TEAM HEALTH HOLDINGS, INC., AMERITEAM SERVICES, LLC, and HCFS HEALTH CARE FINANCIAL SERVICES, LLC,<br><br>Respondents. | Case No. 3:22-cv-00456-DCLC-DCP |

## STIPULATION AND ORDER FOR AMENDMENT AND BRIEFING SCHEDULE

Plaintiff, Risk Management, Inc., and Defendants, Team Health Holdings, Inc., Ameriteam Services, LLC, and HCFS Health Care Financial Services, LLC, through their respective counsel, hereby stipulate and agree as follows:

1. Plaintiff shall file its First Amended Complaint ("FAC") by Monday, March 13, 2023.

2. Following the filing of the FAC, Plaintiff may not amend its complaint absent "the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2).

3. Defendants anticipate that, following Plaintiff's filing of its FAC, Defendants will move to dismiss for failure to state a claim, will move to strike the class allegations from the FAC, and will move to stay discovery pending resolution of the motions to dismiss and to strike.

4. The parties agree to the following stipulated briefing schedule:

1

a. Defendants shall respond to the FAC and move to stay discovery pending resolution of their anticipated motions to dismiss and to strike by April 12, 2023.

b. Plaintiff shall respond to Defendants' motions to dismiss, to strike, and to stay discovery by May 3, 2023.

c. Defendants shall file any replies in support of their motions to dismiss, to strike, and to stay discovery by May 17, 2023.

5. In agreeing to this Stipulation, all parties preserve any and all rights and defenses.

**IT IS SO ORDERED**.

ENTER:

*Debra C. Poplin*
Debra C. Poplin
United States Magistrate Judge

APPROVED FOR ENTRY

Dated: March 1, 2023

s/ Mary Parker
Mary Parker #06016
Parker & Crofford
5115 Maryland Way
Brentwood, TN 37027
615-244-2445 Tel
615-255-6037 Fax
mparker@parker-crofford.com

Mona L. Wallace (N.C. Bar No. 09021)*
John S. Hughes (N.C. Bar No. 22126)*
Olivia Smith (N.C. Bar No. 58375)*
WALLACE & GRAHAM, P.A.
525 N. Main St.
Salisbury, NC 28144
704-633-5244 Telephone
mwallace@wallacegraham.com
jhughes@wallacegraham.com
osmith@wallacegraham.com

Janet Varnell, Esq.*
Florida Bar No. 0071072
VARNELL AND WARWICK, P.A.
1101 E. Cumberland Ave.
Suite 201H, #105
Tampa FL 33602
Tel.: (352) 753-8600
jvarnell@vandwlaw.com

Andrew A. Lemmon*
Lemmon Law Firm, LLC
15058 River Road
P.O. Box 904
Hahnville, LA 70057
985-783-6789
Fax: 985-783-1333
Email: andrew@lemmonlawfirm.com

*admitted pro hac

   *Attorneys for Plaintiff*

s/ Gary C. Shockley
Gary C. Shockley (BPR 010104)
Caldwell G. Collins (BPR 028452)
1600 West End Avenue, Suite 2000
Nashville, Tennessee 37203
(615) 726-5704 (phone)
(615) 744-5704 (fax)
gshockley@bakerdonelson.com
cacollins@bakerdonelson.com

Nora A. Koffman (BPR 038025)

3

602 Sevier Street, Suite 300
Johnson City, TN 37604
(423) 928.0181 (phone)
(423) 928.5694 (fax)
nkoffman@bakerdonelson.com

Matthew S. Mulqueen (BPR 028418)
165 Madison Avenue, Suite 2000
Memphis, TN 38103
(901) 526.2000 (phone)
(901) 577.2303 (fax)
mmulqueen@bakerdonelson.com

*Attorneys for Defendants*

4