UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| RISK MANAGEMENT INC., | )<br>) |
| Plaintiff, | )  3:22-CV-00456-DCLC-DCP<br>) |
| vs. | )<br>) |
| TEAM HEALTH HOLDINGS, INC., et. al, | )<br>) |
| Defendants. | )<br>) |

## JUDGMENT

For the reasons stated in the Memorandum Opinion and Order entered on March 29, 2024 [Doc. 44], Defendant's Motion to Dismiss [Doc. 28] is hereby **GRANTED**, and the Amended Complaint is **DISMISSED WITHOUT PREJUDICE**. Accordingly, the Clerk is **DIRECTED** to close this case.

**SO ORDERED:**

s/Clifton L. Corker
United States District Judge

ENTERED AS A JUDGMENT:

*s/ LeAnna Wilson*
Clerk of Court